**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INSYS THERAPEUTICS, INC., *et al.* | Case No. 19-11292 (JTD) |
| Liquidating Debtors. | (Jointly administered) |
| INSYS LIQUIDATION TRUST, BY AND THROUGH WILLIAM HENRICH, AS LIQUIDATING TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-50359 (JTD) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| Defendant. | |

**MOTION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP TO DISMISS**
**COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Quinn Emanuel Urquhart & Sullivan, LLP respectfully moves, pursuant to
Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this proceeding by
Rule 7012 of the Federal Rules of Bankruptcy Procedure, for entry of an order, substantially in
the form attached hereto as **Exhibit A**, dismissing with prejudice the Complaint to Avoid and
Recover Preferential Transfers and Object to Claims in this action [Adv. D.I. No. 1] (the
"Complaint").  The grounds for this motion are set forth in the Opening Brief in Support of the
Motion of Quinn Emanuel Urquhart & Sullivan, LLP to Dismiss Complaint For Failure to State a
Claim, filed concurrently herewith.

**LOCAL RULE 7012-1 STATEMENT**

In accordance with Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure
of the United States Bankruptcy Court for the District of Delaware, Defendant states that it does

1

consent to the entry of final orders or judgments by the Court if it is determined that the Court,

absent consent of the parties, cannot enter final orders or judgments consistent with Article III of

the United States Constitution.


Dated:  July 19, 2021
    Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

 */s/ F. Troupe Mickler IV*
F. Troupe Mickler IV (DE Bar No. 5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: TMickler@ashbygeddes.com

-and-

**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
Daniel R. Lombard
Eric D. Winston
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Email: daniellombard@quinnemanuel.com
   ericwinston@quinnemanuel.com

*Attorneys for Defendant*