**EXHIBIT A**

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INSYS THERAPEUTICS, INC., *et al.* | Case No. 19-11292 (JTD) |
| Liquidating Debtors. | (Jointly administered) |
| INSYS LIQUIDATION TRUST, BY AND THROUGH WILLIAM HENRICH, AS LIQUIDATING TRUSTEE,<br><br>                          Plaintiff,<br><br>v.<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>                          Defendant. | Adv. Proc. No. 21-50359 (JTD)<br><br><br><br><br><br>**RE: D.I. _____** |

### ORDER GRANTING MOTION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

This matter having come before the Court on the *Motion of Quinn Emanuel Urquhart & Sullivan, LLP to Dismiss Complaint for Failure to State a Claim* (the "Motion to Dismiss"); and the Court having reviewed the Motion to Dismiss and the related briefing; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) dismissal of the Complaint to Avoid and Recover Preferential Transfers and Object to Claims ("Complaint") is appropriate under Federal Rule of Civil Procedure 12(b)(6), made applicable by Federal Rule of Bankruptcy Procedure 7012; and (c) the legal and factual bases set forth in the Motion to Dismiss and related briefing establish good cause for the relief granted herein;

    **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Dismiss is **GRANTED**.

2

2. The Complaint is dismissed with prejudice.