**EXHIBIT A**

## Trust's Adversary Proceedings

*February 18-25, 2021*

21-50140-JTD Insys Liquidation Trust v. FlexPrint, LLC
21-50141-JTD Insys Liquidation Trust v. Haley Technologies, Inc.
21-50142-JTD Insys Liquidation Trust v. Nelson Laboratories, LLC
21-50143-JTD Insys Liquidation Trust v. North Carolina Department of Health and Human Serv
21-50144-JTD Insys Liquidation Trust v. New York State Department of Health
21-50145-JTD Insys Liquidation Trust v. QV Chemicals LLC
21-50146-JTD Insys Liquidation Trust v. Oklahoma Health Care Authority
21-50147-JTD Insys Liquidation Trust v. Renaissance SSP Holdings, Inc.
21-50148-JTD Insys Liquidation Trust v. Pennsylvania Department of Human Services
21-50149-JTD Insys Liquidation Trust v. RSM US LLP
21-50150-JTD Insys Liquidation Trust v. Florida Agency for Health Care Administration
21-50151-JTD Insys Liquidation Trust v. APCER Life Sciences, Inc.
21-50152-JTD Insys Liquidation Trust v. Bureau of TennCare
21-50153-JTD Insys Liquidation Trust v. Academy for Pain and Oncology Education, Inc.
21-50154-JTD Insys Liquidation Trust v. Aon Risk Insurance Services West, Inc.
21-50155-JTD Insys Liquidation Trust v. CSC Consulting, Inc.
21-50156-JTD Insys Liquidation Trust v. Department of Health Care Services (CA)
21-50157-JTD Insys Liquidation Trust v. Fair Work P.C.
21-50158-JTD Insys Liquidation Trust v. eThink Education, LLC
21-50159-JTD Insys Liquidation Trust v. Finnegan, Henderson, Farabow, Garret & Dunner, LLP
21-50160-JTD Insys Liquidation Trust v. Express Scripts, Inc.
21-50161-JTD Insys Liquidation Trust v. Renaud
21-50162-JTD Insys Liquidation Trust v. FedEx Corp.
21-50163-JTD Insys Liquidation Trust v. Illinois Department of Healthcare and Family Servi
21-50164-JTD Insys Liquidation Trust v. Coombs
21-50165-JTD Insys Liquidation Trust v. Full Spectrum Analytics, Inc.
21-50166-JTD Insys Liquidation Trust v. Just Energy Group, Inc.
21-50167-JTD Insys Liquidation Trust v. Gelber & Santillo PLLC
21-50168-JTD Insys Liquidation Trust v. Commonwealth of Kentucky
21-50169-JTD Insys Liquidation Trust v. Highfive Technologies Inc.
21-50170-JTD Insys Liquidation Trust v. Imprint Science
21-50171-JTD Insys Liquidation Trust v. Integrichain, Inc.
21-50172-JTD Insys Liquidation Trust v. JMP Securities LLC
21-50173-JTD Insys Liquidation Trust v. Major, Lindsey & Africa LLC
21-50174-JTD Insys Liquidation Trust v. LinkedIn Corporation
21-50176-JTD Insys Liquidation Trust v. McKesson Corporation
21-50177-JTD Insys Liquidation Trust v. Managed Markets Insight & Technology, LLC
21-50178-JTD Insys Liquidation Trust v. Uppsala Monitoring Centre
21-50179-JTD Insys Liquidation Trust v. Sharp Clinical Services, Inc.
21-50180-JTD Insys Liquidation Trust v. Nevada Department of Health & Human Services
21-50181-JTD Insys Liquidation Trust v. Spengler Nathanson P.L.L.
21-50182-JTD Insys Liquidation Trust v. New York State Department of Health

21-50184-JTD Insys Liquidation Trust v. Stericycle Inc.
21-50185-JTD Insys Liquidation Trust v. Stotle, Inc.
21-50186-JTD Insys Liquidation Trust v. Salt River Project Agricultural Improvement & Powe
21-50187-JTD Insys Liquidation Trust v. Suez WTS Analytical Instruments Inc.
21-50188-JTD Insys Liquidation Trust v. TDIndustries
21-50189-JTD Insys Liquidation Trust v. Willis Towers Watson US LLC
21-50190-JTD Insys Liquidation Trust v. Trieskey Mechanical, Inc.
21-50191-JTD Insys Liquidation Trust v. VWR International Inc.
21-50192-JTD Insys Liquidation Trust v. State of Missouri Department of Social Services D
21-50193-JTD Insys Liquidation Trust v. State of New Jersey, Department of Human Services
21-50194-JTD Insys Liquidation Trust v. State of Ohio, Department of Medicaid
21-50195-JTD Insys Liquidation Trust v. United BioSource LLC
21-50196-JTD Insys Liquidation Trust v. Vizient Supply LLC

*April 16-21, 2021*

21-50319-JTD Insys Liquidation Trust v. Blank Rome LLP
21-50320-JTD Insys Liquidation Trust v. Duff & Phelps, LLC
21-50321-JTD Insys Liquidation Trust v. Excite Pharma Services, LLC
21-50330-JTD Insys Liquidation Trust v. Tab Technologies, LLC
21-50331-JTD Insys Liquidation Trust v. Defense Health Agency
21-50336-JTD Insys Liquidation Trust v. State of Mississippi - Division of Medicaid - UHC
21-50337-JTD Insys Liquidation Trust v. Early Phase Services/Bioanalytical Services, LLC e
21-50338-JTD Insys Liquidation Trust v. U.S. Department of Homeland Security
21-50339-JTD Insys Liquidation Trust v. Smith, III
21-50340-JTD Insys Liquidation Trust v. Sutter West Bay Hospitals
21-50341-JTD Insys Liquidation Trust v. Datasite, LLC
21-50343-JTD Insys Liquidation Trust v. Katten Muchin Rosenman LLP
21-50344-JTD Insys Liquidation Trust v. Lovelace Biomedical & Environmental Research Insti
21-50345-JTD Insys Liquidation Trust v. Obiter Research, LLC
21-50346-JTD Insys Liquidation Trust v. MC-21, LLC
21-50347-JTD Insys Liquidation Trust v. Oliver Commissioning and Qualification, LLC
21-50348-JTD Insys Liquidation Trust v. O'Neil Printing Inc.
21-50349-JTD Insys Liquidation Trust v. Pall Corporation
21-50351-JTD Insys Liquidation Trust v. Raby
21-50352-JTD Insys Liquidation Trust v. Premier Healthcare Alliance, LP
21-50353-JTD Insys Liquidation Trust v. Burgess Information Systems, Inc.
21-50354-JTD Insys Liquidation Trust v. Robert Half International Inc.
21-50355-JTD Insys Liquidation Trust v. Professional Search Associates, L.C.
21-50356-JTD Insys Liquidation Trust v. Ryan Rapp & Underwood PLC
21-50357-JTD Insys Liquidation Trust v. Proveris Scientific Corp
21-50358-JTD Insys Liquidation Trust v. PGx Consulting, LLC
21-50359-JTD Insys Liquidation Trust v. Quinn Emanuel Urquhart & Sullivan, LLP
21-50360-JTD Insys Liquidation Trust v. Cox Communications Arizona, LLC et al
21-50361-JTD Insys Liquidation Trust v. ClinEdge LLC

21-50362-JTD Insys Liquidation Trust v. CaremarkPCS Health LLC
21-50363-JTD Insys Liquidation Trust v. Kramon & Graham, P.A.